# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLIFFORD DURHAM, JR., <br>     Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br>     Respondent. | **MOTION TO VACATE** <br> **28 U.S.C. § 2255** <br><br> **CRIMINAL NO.** <br> **1:94-CR-0453-WMR** <br><br><br><br> **CIVIL ACTION NO.** <br> **1:19-CV-2514-WMR** |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 34], which recommends that Durham's § 2255 Motion to Vacate [Doc. 33] be DISMISSED as time barred pursuant to Rule 4(b) of the Rules Governing § 2255 cases and that a certificate of appealability be DENIED. No objection to the R & R has been filed.

### I.    LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the

R & R that is the subject of a proper objection. *Id.* As no objection to this R & R has been filed, the clear error standard applies.

## II. CONCLUSION

After reviewing the Magistrate Judge's Final Report and Recommendation [Doc. 34] for clear error, the Court receives the R & R with approval and adopts its findings and conclusions as the Opinion of this Court. Accordingly, §2255 Motion to Vacate [Doc. 33] is hereby **DISMISSED** as time barred pursuant to Rule 4(b) of the Rules Governing § 2255 cases and a certificate of appealability is **DENIED.**

**IT IS SO ORDERED,** this 26th day of August, 2019.

_____
WILLIAM M. RAY, II
United States District Judge